COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Liquid Outcome, LLC f/k/a Astonish Results, LLC d/b/a
Intygral and Zywave, Inc. v. Clovis Insurance Agency, Inc.

Appellate case number:    01-17-00141-CV

Trial court case number:   2015-62294

Trial court:             113th District Court of Harris County

On February 24, 2017, the appellants, Liquid Outcome, LLC f/k/a Astonish Results, LLC d/b/a Intygral and Zywave, Inc., filed a joint notice of interlocutory appeal from the order, signed by the trial court on February 7, 2017, denying Zywave, Inc.'s special appearance and plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7), (8) (West 2015); TEX. R. APP. P. 26.1(b). On May 22, 2017, the appellants filed a notice of settlement, noting that their brief deadline was May 22, 2017, but stating that the parties have reached an agreement and are working to finalize the settlement document and "anticipate that they will be filing a Motion to Dismiss the Appeal and Motion for Final Judgment in the District Court within 30 days."

Accordingly, the Court construes this notice as a motion to abate and **grants** the motion, **abates** the appeal, and **remands** the case to the trial court to permit proceedings to effectuate the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). This appeal is abated, treated as a closed case, and removed from this Court's active docket. If a motion to reinstate and dismiss this appeal, or other appropriate motion, is not filed with the Clerk of this Court **within 30 days** of the date of this order, this appeal will be reinstated and appellant's brief deadline will be reset.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court
Date: June 6, 2017